JS-6

1  MCGUIREWOODS LLP
2  SUSAN L. GERMAISE, SBN #176595
   LAURA COOMBE, SBN #260663
3  1800 Century Park East, 8th Floor
4  Los Angeles, California 90067
   Telephone: (310) 315.8200
5  Facsimile: (310) 315.8210
6  sgermaise@mcguirewoods.com

7
   Attorneys for Defendant
8  GENERAL NUTRITION CORPORATION

9

10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| 14  DAVID NELSON, an individual | CASE NO. 5:13CV1999-VAP (SPx) |
| 15 | [San Bernardino Superior Court Case |
| 16              Plaintiff, | No. CIVRS1306817] |
| 17 | |
| 18      VS. | |
| 19 | ORDER DISMISSING CASE WITH PREJUDICE |
| 20  THE VITAMIN SHOPPE, a | PURSUANT TO STIPULATION |
| 21  Corporation, GENERAL NUTRTION CORPORATION, a Corporation and | |
| 22  DOES 1 through 20, Inclusive, | |
| 23 | |
| 24              Defendant. | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Pursuant to the Stipulation between Plaintiff DAVID NELSON and defendant GENERAL NUTRITION CORPORATION, by and through their attorneys of record, to dismiss this case with prejudice, and good cause appearing therefor,

IT IS ORDERED that Plaintiff's case be dismissed with prejudice and that the parties shall bear their own attorneys' fees and costs.

DATED: Aug 14, 2014

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Susan L. Germaise, certify that on July 14, 2014, the foregoing document entitled [proosed] ORDER DISMISSING CASE WITH PREJUDICE PURSUANT TO STIPULATION was filed electronically in the Court's Electronic Filing System ("ECF"); thereby upon completion, the ECF system automatically generated a "Notice of Electronic Filing" ["NEF"] as service through CM/ECF to registered email addresses to parties of record in the case, in particular on the following:

Joseph M. Levy, Esq.  *Attorneys for Plaintiff*
Nezhad, Shayesteh & Levy  *David Nelson*
15233 Ventura Blvd., Penthouse 10
Sherman Oaks, CA  91403
Email: jlevy77@aol.com

/s/ Susan L. Germaise
Susan L. Germaise